1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | Case No. 5:23-po-00373-CDB
12 |                    Plaintiff,        | [Citation #E1037718, CA71]
13 | v.                                   |
14 | SRIDHAR R. MUNAGALA,                 | MOTION TO CONVERT MANDATORY
                                            APPEARANCES TO COLLATERAL
15 |                    Defendant.        |

16

17

18        The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Chan Hee Chu, Assistant United States Attorney, hereby moves to convert [Citation #E1037718, CA71]

20 in Case No. 5:23-po-00373-CDB against Defendant SRIDHAR R. MUNAGALA in the interests of

21 justice.

22        The citation in this case was properly issued as a mandatory appearance within the discretion of

23 the citing officer.  Although a violation of 36 C.F.R. § 1.5(f) does not expressly allow for the citation of

24 a mandatory appearance under the bail schedule for the Eastern District of California, the citing officer

25 relied on one of the authorized discretionary bases.  Specifically, the citing officer issued a mandatory

26 citation because Defendant had committed the same offense on "prior occasions."  Defendant had

27 allegedly passed multiple closed signs prior to being finally issued a citation for that offense.

28

Although the citation was issued properly as a mandatory citation, the United States seeks to convert the citation to a collateral amount. Based on the available information, while Defendant did violate the regulation at issue multiple times, the misconduct took place ultimately on one drive. The United States therefore believes a collateral amount of $250 to be a fair outcome under these circumstances. *See also James & Elizabeth Console Fam. v. United States*, No. 23-CV-652-DMS-BLM, 2023 WL 6120609, at *4 (S.D. Cal. Sept. 18, 2023) ("Prosecutorial discretion is defined as [a] prosecutor's power to choose from the options available in a criminal case, such as filing charges, prosecuting, not prosecuting, plea-bargaining, and recommending a sentence to the court." (internal quotation mark and citation omitted)).

DATED: December 31, 2023              Respectfully submitted,

                                                         PHILLIP A. TALBERT
                                                         United States Attorney

                                    By:    /s/ *Chan Hee Chu*
                                               CHAN HEE CHU
                                               Assistant United States Attorney

2

USA v. Munagala
Case No. 5:23-po-00373-CDB

# **O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America that [Citation #E1037718, CA71] in Case No. 5:23-po-00373-CDB against SRIDHAR R. MUNAGALA be converted to a bailable citation with collateral amount of $250 and a $30.00 processing fee.

IT IS SO ORDERED.

Dated: **January 3, 2024**

_____
UNITED STATES MAGISTRATE JUDGE